**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00094-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR HERNANDEZ-ARTEAGA,
       a/k/a Javier Zuniga-Acosta,
       a/k/a Melvin Zuniga-Acosta,
       a/k/a Henry Zuniga-Acosta,
       a/k/a Henry Jose Zuniga-Acosta,
       a/k/a Javier Gonzales-Acosta,
       a/k/a Javier Acosta
       a/k/a Melvin Orlando-Zuniga,
       a/k/a Melvin Orlando Zuniga-Acosta,
       a/k/a Javier Gonzales,
       a/k/a Javier Zuniga,

    Defendant.

## MINUTE ORDER[1]

    The court expects that the trial in 09-cv-02977-REB-KLM to require Thursday, July 7, 2011. Thus, the setting in this case must be vacated and rescheduled.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the change of plea hearing set for July 7, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

    2. That **July 7, 2011**, commencing at 11:00 a.m., the court shall conduct a telephonic setting conference to reset the change of plea hearing in this matter; and

    4. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  June 30, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.