**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00094-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. OSCAR HERNANDEZ-ARTEAGA,
      a/k/a Javier Zuniga-Acosta,
      a/k/a Melvin Zuniga-Acosta,
      a/k/a Henry Zuniga-Acosta,
      a/k/a Henry Jose Zuniga-Acosta,
      a/k/a Javier Gonzales-Acosta,
      a/k/a Javier Acosta
      a/k/a Melvin Orlando-Zuniga,
      a/k/a Melvin Orlando Zuniga-Acosta,
      a/k/a Javier Gonzales,
      a/k/a Javier Zuniga,

      Defendant.

---

**MINUTE ORDER**[1]

---

On July 7, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

    1. That on **September 7, 2011**, commencing at 10:00 a.m., the court shall conduct a change of plea hearing in this matter; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  July 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.